[Nos. 30505-1-I; 32255-9-I. Division One. August 15, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. FLOYD
WILLIAM MARTIN, *Appellant*.

THE STATE OF WASHINGTON, *Appellant*, v. FLOYD
WILLIAM MARTIN, *Respondent*

Appeals from a judgment of the Superior Court for Sno-
homish County, No. 91-1-00589-8, Stuart C. French, J., en-
tered March 16, 1992. *Affirmed in part* and *reversed in part*
by unpublished opinion per Baker, J., concurred in by
Scholfield and Becker, JJ.

[No. 16211-3-II. Division Two. August 15, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JON
LAWRENCE MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 91-1-01254-7, Robert L. Harris, J., entered June
17, 1992. *Affirmed* by unpublished opinion per Houghton, J.,
concurred in by Morgan, C.J., and Seinfeld, J.

[No. 15976-7-II. Division Two. August 15, 1994.]

JOHN E. BRANNFORS, ET AL, *Appellants*, v. MARY
BRANNFORS, *Respondent*.

Appeal from a judgment of the Superior Court for Clark
County, No. 91-2-03742-0, James D. Ladley, J., entered April
17, 1992. *Affirmed* by unpublished opinion per Morgan, C.J.,
concurred in by Seinfeld and Houghton, JJ.